# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA CARTER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>S. BUTLER, et. al.,<br><br>　　　　　　Defendant. | CV F- 05-01057 LJO DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights amended complaint filed on June 23, 2006. The complaint appears to state cognizable claims for relief for excessive force against defendant Butler; for retaliation against defendants Gonzalez, Hayward and Botello; and for violation of due process against defendants Fuhlrodt and Rousseau. Accordingly, IT IS HEREBY ORDERED that:

　　1.　Service is appropriate for defendants Butler, Gonzalez, Hayward, Botello, Fuhlrodt and Rousseau.

　　2.　The Clerk of the Court shall send Plaintiff six (6) USM-285 forms, six (6) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed June 23, 2006.

　　3.　Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the

attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Seven (7) copies of the endorsed amended complaint filed June 23, 2006.

4.    Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated: **April 18, 2007**     /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE