UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA CARTER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>S. BUTLER, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:05-cv-01057-LJO-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 28)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS** (Doc. 24) |

　　　Plaintiff, Desha Carter ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On February 26, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 26, 2008, are ADOPTED IN FULL; and,

2. Defendants' motion to dismiss, filed August 3, 2007, is GRANTED IN PART and DENIED IN PART as follows:

   a. Defendants' motion to dismiss for failure to exhaust administrative remedies as to plaintiff's claims against Rousseau is DENIED;

   b. Defendants' motion to dismiss for failure to exhaust administrative remedies as to plaintiff's claims against Gonzales, Hayward, and Bottello is GRANTED without prejudice;

   c. Defendants' motion to dismiss for plaintiff's failure to state a cognizable claim against Fuhlrodt is DENIED; and,

   c. Defendants' motion to dismiss for failure to exhaust administrative remedies as to plaintiff's claims against Fuhlrodt is GRANTED without prejudice.

IT IS SO ORDERED.

**Dated:   March 28, 2008**             /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE