IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DESHA CARTER,**<br><br>                             Plaintiff,<br><br>     v.<br><br>**S. BUTLER, et al.,**<br><br>                             Defendants. | 1:05-cv-01057-LJO-DLB (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT # 39)<br><br>DEADLINE: MARCH 25, 2009 |

The Court, having considered Defendants' request for an extension of time to file a motion for summary judgment, and good cause having been found,

**IT IS HEREBY ORDERED** that Defendants' request is granted.  Defendants shall file and serve a motion for summary judgment on or before March 25, 2009.


     IT IS SO ORDERED.

     **Dated:     February 24, 2009**              _____/s/ Dennis L. Beck_____
                                                                          UNITED STATES MAGISTRATE JUDGE

1