# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA M. CARTER, | CASE NO. 1:05-cv-01057-LJO-DLB PC |
| Plaintiff, | ORDER RE PHONE CALL |
| v. | |
| S. BUTLER, et al., | |
| Defendant. | |

Plaintiff Desha M. Carter ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This case is set for jury trial on January 19, 2010 before United States District Judge Lawrence J. O'Neill.

On December 15, 2009, during a pretrial conference, Plaintiff requested a phone call to contact an attorney, Quentin B. Simms, a member of the State Bar of California, in order to attempt to retain Mr. Simms as counsel in this action. Plaintiff is currently incarcerated in the Security Housing Unit at California State Prison, Corcoran, and is unable to make outgoing telephone calls.

Upon consideration, the Court finds Plaintiff's request reasonable and will grant Plaintiff's request. The Court orders the warden and litigation coordinator of California State Prison, Corcoran, to arrange for Plaintiff to make one outgoing phone call to attorney Quentin B. Simms. The purpose of the call is for Plaintiff to ascertain whether Mr. Simms is willing to represent Plaintiff in this action. The Court requires that this be done as expeditiously as possible, but no later than 5:00 PM on Thursday, December 17, 2009. If Mr. Simms is willing to represent Plaintiff in this action, Mr.

Simms must submit a written declaration with the Court within five days from the date of service of this order, stating that he is representing Plaintiff in this action.

Accordingly, it is HEREBY ORDERED that:

1. The warden and the litigation coordinator of California State Prison, Corcoran will arrange for Plaintiff to make one outgoing telephone call to attorney Quentin B. Simms, a member of the State Bar of California;

2. The warden and litigation coordinator will comply with this order as expeditiously as possible, but no later than **5:00 PM on Thursday, December 17, 2009**; and

3. The Clerk of the Court will serve a copy of this order by fax on the office of the warden and the office of the litigation coordinator of California State Prison, Corcoran.

IT IS SO ORDERED.

**Dated:   December 15, 2009**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE