# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA M. CARTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>S. BUTLER, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-01057 LJO DLB PC<br><br>ORDER RE REQUEST FOR PERSONAL CLOTHING AT TRIAL<br><br>(Doc. 61) |

　　　Plaintiff Desha M. Carter ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for jury trial commencing on January 19, 2010.  On November 25, 2009, Plaintiff in his pretrial statement requested that the Court allow Plaintiff to wear non-prison issued clothing at trial.  Defendants did not file a response.

　　　Plaintiff may arrange to have personal clothing brought to the Court the morning of trial by his family or friends.  Any such clothing may be inspected by correctional staff and/or the United States Marshal.  They must be at the Federal Courthouse no later than 7:30 a.m., and received by the United States Marshal's Office.

IT IS SO ORDERED.

**Dated:    December 18, 2009**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE