# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA M. CARTER, | CASE NO. 1:05-cv-01057 LJO DLB PC |
| Plaintiff, | ORDER RE REQUEST FOR PRISON ISSUED CLOTHING AT TRIAL |
| v. | (Doc. 74) |
| S. BUTLER, et al., | STATUS UPDATE DUE BY JANUARY 11, 2010 |
| Defendants. | |

Plaintiff Desha M. Carter ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is set for jury trial commencing on January 19, 2010. On December 29, 2009, Plaintiff filed a motion, requesting that the Court order the prison to provide general population clothing to Plaintiff for him to wear during trial.

The Court will permit Plaintiff to wear prison-issued clothing at trial, if Plaintiff possesses such items. The Court will request that defense counsel contact the prison litigation coordinator at Corcoran State Prison to ascertain whether Plaintiff possesses general population clothing, such as denim jeans and shirt. If Plaintiff possesses such items, the Court will issue a subsequent order directing that Plaintiff be brought to Court with this clothing. If Plaintiff is not in possession of such items, the Court will not order the prison to provide these items to Plaintiff.

Based on the foregoing, it is HEREBY ORDERED that defense counsel will file a status update with the Court regarding Plaintiff's possession of general population, prison-issued clothing. This status update is to be filed no later than January 11, 2010.

IT IS SO ORDERED.

**Dated:   January 4, 2010**                              /s/ Lawrence J. O'Neill
                                                                       UNITED STATES DISTRICT JUDGE