# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA M. CARTER,<br><br>  Plaintiff,<br><br>  v.<br><br>S. BUTLER, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:05-cv-01057 LJO DLB PC<br><br>ORDER VACATING TRIAL DATE OF JANUARY 19, 2010 AND SETTING NEW TRIAL DATE<br><br>Jury Trial: January 25, 2010, at 8:30 A.M., Courtroom 4 Before United States District Judge Lawrence J. O'Neill |

Plaintiff Desha M. Carter ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Butler and Rousseau for violation of the Eighth Amendment and Fourteenth Amendment. It is set for jury trial commencing on January 19, 2010.

Due to a scheduling issue with a pending criminal jury trial, the trial in this civil action must be moved. Accordingly, it is HEREBY ORDERED that the trial date of January 19, 2010, is VACATED. The Court sets a new trial date just 6 days later, on January 25, 2010, at 8:30 AM in Courtroom 4.

IT IS SO ORDERED.

**Dated:   January 12, 2010**                /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1