# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA M. CARTER, | CASE No.: 1:05-cv-01057-LJO-DLB PC |
| Plaintiff, | ORDER VACATING DECEMBER 29, 2009 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO PLAINTIFF **DESHA M. CARTER** |
| v. | |
| BUTLER, et al., | |
| Defendants. | (Doc. 72) |

Plaintiff Desha M. Carter ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On December 29, 2009, the Court issued an order and Writ of Habeas Corpus ad Testificandum to transport Plaintiff, commanding the Warden of California State Prison - Corcoran to produce California prisoner Desha M. Carter, CDCR #H-19027, in this court on January 19, 2010, to testify at trial in this action.

By separate order, the Court vacated the trial date, and set a new trial date of January 25, 2010. Accordingly, the order and writ issued on December 29, 2009, commanding the production of inmate Desha M. Carter, is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:   January 12, 2010**          /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE