# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA M. CARTER,<br><br>             Plaintiff,<br><br>   v.<br><br>S. BUTLER, S. ROUSSEAU,<br><br>             Defendants.<br>_____/ | CASE NO. 1:05-cv-01057-LJO DLB PC<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON JANUARY 26, 2010, AT 8:30 A.M. |

Plaintiff Desha M. Carter, #H-19027, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Tuesday, January 26, 2010, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

**Dated:   January 25, 2010**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE