# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA M. CARTER, | CASE NO. 1:05-cv-01057-LJO DLB PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON JANUARY 27, 2010, AT 8:30 A.M. |
| v. | |
| S. BUTLER, S. ROUSSEAU, | |
| Defendants. | |
| _____/ | |

Plaintiff Desha M. Carter, #H-19027, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Wednesday, January 27, 2010, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

**Dated:   January 26, 2010**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

1