# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA M. CARTER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>S. BUTLER, S. ROUSSEAU,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-01057-LJO-DLB PC<br><br>NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on January 25, 2010. Pursuant to Federal Rule of Civil Procedure 50(a), judgment was entered for Defendants and against Plaintiff on January 27, 2010.

Accordingly, Plaintiff Desha M. Carter, #H-19027, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

**Dated:   January 27, 2010**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1